# Gabell Estate

54

56

58

60

*Thomas S. Howland,* for one of administrators pendente lite.

*G. M. Henry,* for respondent.

*John Harper,* for petitioner.

PER CURIAM, February 5, 1954.—The petition and answer in this matter were presented to the court en banc, and after argument heard thereon, referred to Judge Lefever to hold a hearing, find the facts, and enter an appropriate decree. We all concur in Judge

Lefever's findings of fact, conclusions of law, and decree, and, therefore, February 5, 1954, we adopt his opinion as the opinion of the court en banc.

President Judge Klein did not participate in the decision in this case.